**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:24-cv-02766-NRN

WILMAR PEREZ and RUDY
ORANTES,

Plaintiffs,

vs.

DENCO CONSTRUCTION LLC.
and BRUCE RAHMANI, individually,

Defendants.

---

<strong>DECLARATION OF JACOB ARONAUER</strong>

---

Pursuant to 28 U.S.C. § 1746, I hereby declare under the penalty of perjury:

1.      My name is Jacob Aronauer and I am over 21 years of age.  I am competent to make this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      On February 7, 2025 I asked Defendants' counsel if their client had required their employees to sign a document to release all potential claims against Denco.  Defendants' counsel informed me that they did not have "information" with respect to that issue. Accordingly, Defendants' counsel did not confirm that their client had not engaged in this action or that they had even contacted their client with respect to this concern.

3.      This is consistent with Defendants' prior actions concerning Plaintiffs and perspective Plaintiffs.

4.      Specifically, Defendants signed an agreement, without my knowledge, with former Plaintiff Daniel Fuentes.  *See* dkt 45, 45-2.  In addition, this agreement waived Fuentes' claims against Defendants.

5.      In addition, Defendants  repeatedly have sought to directly settle with the remaining Plaintiffs (including providing Plaintiff Wilmar Perez with a draft settlement agreement in English).  *See* Dkt 45 and the February 10, 2025 Wilmar Perez declaration annexed to this motion.

6.      Fuentes and Perez are not fluent in English.  Many of Denco's employees are also not fluent in English.  It is unknown, at the present time, if Denco provided their employees with documents in their native language (Spanish) in which they gave up their rights and/or were advised to consult a lawyer.

7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:  2/20/2024


_____
Jacob Aronauer

2