**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:24-cv-02766-NRN

WILMAR PEREZ and RUDY
ORANTES,

Plaintiffs,

vs.

DENCO CONSTRUCTION LLC.
and BRUCE RAHMANI, individually,

Defendants.

**DECLARATION OF WILMAR PERREZ**

Pursuant to 28 U.S.C. § 1746, I hereby declare under the penalty of perjury:

1.    My name is Wilmar Perez and I am over 21 years of age.  I am competent to make this declaration.  The facts stated in this declaration are within my personal knowledge and are true and correct.

2.    On multiple occasions employees of Defendants or companies that work with Defendants have tried to directly negotiate with me (without my lawyer present) to settle my claims.  This includes providing me a draft of a settlement agreement in English (even though my ability to speak and read in English is limited).  Defendants have also promised me future work if I sign a settlement agreement with them.

3.    On or about late January/early February I spoke to a current employee of Denco (I am not comfortable saying his name because he is a current employee).  This person told that Denco is requiring all their employees to release their wage and hour claims against

2

Denco for $500.  If they do not sign this document, they will be fired.  He told me that he

go this document in English.  This Denco employee, like myself, is a native Spanish

speaker with a limited ability to understand English.

4.       This document was translated into my native language of Spanish for me to sign.

5.       I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Date: 02-10-2025

Wilmar Perez
Wilmar Perez

2

**EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO DE COLORADO**

Caso N° 1:24-cv-02766-NRN

WILMAR PEREZ y RUDY
ORANTES,

                            Demandantes,

    vs.

DENCO CONSTRUCTION LLC.
y BRUCE RAHMANI, individualmente,

                            Demandados.

---

**DECLARACIÓN DE WILMAR PERREZ**

---

De conformidad con el Título 28 del Código de los Estados Unidos, artículo 1746, por la presente declaro bajo pena de perjurio:

1.      Mi nombre es Wilmar Pérez y soy mayor de 21 años. Soy competente para hacer esta declaración. Los hechos expuestos en esta declaración son de mi conocimiento personal y son verdaderos y correctos.

2.      En múltiples ocasiones, los empleados de los Demandados o de las empresas que trabajan con ellos han intentado negociar directamente conmigo (sin la presencia de mi abogado) para llegar a un acuerdo sobre mis reclamaciones. Esto incluye proporcionarme un borrador de un acuerdo de conciliación en inglés (aunque mi capacidad para hablar y leer en inglés es limitada). Los Demandados también me han prometido trabajo en el futuro si firmo un acuerdo de conciliación con ellos.

3.      Aproximadamente a finales de enero o principios de febrero, hablé con un empleado actual de Denco (no me siento cómodo diciendo su nombre porque es un empleado actual).  Esta persona me dijo que Denco está exigiendo a todos sus empleados que liberen sus reclamos de salario y horas contra Denco por $500.  Si no firman este documento, serán despedidos.  Me dijo que recibió este documento en inglés.  Este empleado de Denco, como yo, es hablante nativo de español con una capacidad limitada para comprender inglés.

4.      Este documento fue traducido a mi idioma nativo, el español, para que yo lo firme.

5.      Declaro bajo pena de perjurio según las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto.


Fecha: 02-10-2025

Wilmar Pérez
Wilmar Pérez

2